IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| VS. | : | CASE NO: 3:99-CR-18(HL) |
| | : | |
| CASEY HUBBARD, | : | |

### ORDER FOR THE DESTRUCTION OF FIREARM

The motion of the Government for the destruction of the firearm used during the commission of this offense having been read and considered,

**IT IS HEREBY ORDERED** pursuant to 18 U.S.C. §3665 that the Federal Bureau of Investigation may destroy the following weapon: an El Centauro Colt, .38 Super, Serial Number ELCEN0040.

**SO ORDERED**, this 16th day of September, 2005.

s/   Hugh Lawson

**HUGH LAWSON
UNITED STATES DISTRICT JUDGE**

Presented by:

s/VERDA M. COLVIN
Assistant United States Attorney
Georgia Bar No. 018901